THOMAS G. SOMMERS v. KOSAN CRISPLANT.

January 20, 1981.

Petition for certification denied.

IN THE MATTER OF THE COMMITMENT OF WADELL HOKETT
TO TRENTON PSYCHIATRIC HOSPITAL.

January 20, 1981.

Petition for certification denied.

ISSAM A. TAHA v. BOARD OF TRUSTEES OF THE TEACHERS
PENSION & ANNUITY FUND.

January 20, 1981.

Petition for certification denied.

CAMDEN COUNTY PARK COMMISSION v. EMPLOYERS
INSURANCE COMPANY OF WAUSAU.

January 20, 1981.

Petition for certification denied.